IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL., and THE OFFICIAL STANFORD INVESTORS COMMITTEE, <br><br> Plaintiffs, <br><br> v. <br><br> MIAMI HEAT LIMITED PARTNERSHIP, and BASKETBALL PROPERTIES, LTD., <br><br> Defendants. | § § § § § § § § § § § § § § § § | Case No. 3:11-cv-00158-N |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Agreed Motion to Dismiss with prejudice, it is hereby ORDERED that:

1. All claims in this action by Plaintiffs, Ralph S. Janvey and The Official Stanford Investors Committee, against Defendants Miami Heat Limited Partnership and Basketball Properties, Ltd., and all counterclaims, if any, by Defendants against Plaintiffs are DISMISSED WITH PREJUDICE; and

2. The parties will bear their own costs, expenses, and attorney's fees with respect to the dismissed claims.

SIGNED this 18th day of May, 2017.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE